**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 04-7827**

―――――――――

PAUL E. ANDERSON,

                          Plaintiff - Appellant,

          versus

DR. KOLONGO, H.R.R.J. Medical Doctor,

                          Defendant - Appellee,

          and

ROY W. CHERRY, Warden, Superintendent; C.
HALL, Health Service Admin.,

                          Defendants.


―――――――――

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  T. S. Ellis, III, District
Judge.  (CA-03-1592-1)

―――――――――

Submitted:  April 1, 2005          Decided:  April 20, 2005

―――――――――

Before KING and TRAXLER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Paul E. Anderson, Appellant Pro Se. Coreen Antoinette Bromfield, RAWLS & MCNELIS, PC, Richmond, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Paul E. Anderson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Anderson v. Kolongo, No. CA-03-1592-1 (E.D. Va. filed Oct. 25, 2004 & entered Oct. 26, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

- 3 -